Stephen M. Sanders, SBN 242039
Jeff G. Coyner SBN 233499
Nathanael P. Cade, SBN 330391
**Sanders Coyner Cade, PC**
2829 Townsgate Rd., Suite 100
Westlake Village, CA 91361
Off: 213-302-4801
stephen@sanderscoynercade.com
jeff@sanderscoynercade.com
nate@sanderscoynercade.com

Attorneys for Plaintiff
Ann Meine, Individually, and as Trustee for the
Julie A. Meine Revocable Trust Established January 22, 2001

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN MEINE, | Case No.: 2:21-CV-08504-MWF-AS |
| Plaintiff, | |
| vs. | **JOINT STATUS REPORT** |
| SAFECO INSURANCE COMPANY OF AMERICA, et al., | |
| Defendants. | |

    Plaintiff Ann Meine and Defendant Safeco Insurance Company of America, through their undersigned counsel, submit the following Joint Status Report as required by the Court's Order of January 10, 2022. Pursuant to the Court's Order, the parties have conferred regarding the status of this litigation and submit the

following report:

1. Trial in the underlying state court action is currently set for April 10, 2023.

2. Ann Meine has substituted new counsel into this action. Counsel for Meine has been in contact with counsel for Safeco Insurance Company of America and discussed informal discovery regarding the underlying action while this action remains stayed.

3. Counsel proposed that, pursuant to this Court's order dated January 10, 2022, the Court set April 12, 2023, as the date for the filing of the next Joint Status Report

Dated: January 11, 2023

**Sanders Coyner Cade, PC**

By: _____
Stephen M. Sanders
Jeff G. Coyner
Nathanael P. Cade
Attorneys for Plaintiff
Ann Meine, Individually, and as
Trustee for the Julie A. Meine
Revocable Trust Established
January 22, 2001

Dated: January 12, 2023

**ROPERS MAJESKI PC**

By: /S/ Birgit Huber Willand
    Birgit Huber Willand, Esq.
    Attorneys for Defendant
    Safeco Insurance Company of America