Stephen M. Sanders, SBN 242039
stephen@sanderscoynercade.com
Jeff G. Coyner SBN 233499
jeff@sanderscoynercade.com
Nathanael P. Cade, SBN 330391
nate@sanderscoynercade.com
**Sanders Coyner Cade, PC**
2829 Townsgate Rd., Suite 100
Westlake Village, CA 91361
Off: 213-302-4801

Attorneys for Plaintiff
Ann Meine, Individually, and as Trustee for the
Julie A. Meine Revocable Trust Established January 22, 2001

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN MEINE, | Case No.: 2:21-CV-08504-MWF-AS |
| Plaintiff, | |
| vs. | **JOINT STATUS REPORT** |
| SAFECO INSURANCE COMPANY OF AMERICA, et al., | |
| Defendants. | |

Plaintiff Ann Meine and Defendant Safeco Insurance Company of America, through their undersigned counsel, submit the following Joint Status Report as required by the Court's Order of January 10, 2022. Pursuant to the Court's Order, the parties have conferred regarding the status of this litigation and submit the

1

Joint Status Report

following report:

1. Trial in the underlying state court action is currently not on calendar.

2. The Trial Setting Conference is scheduled for September 25, 2023.

3. Counsel proposed that, pursuant to this Court's order dated January 10, 2022, the Court set September 29, 2023, as the date for the filing of the next Joint Status Report.

4. Counsel for Anne Meine expects to file a motion in the next 45 days to lift the current stay.

Dated: May 10, 2023

**Sanders Coyner Cade, PC**

By: _____
Stephen M. Sanders
Jeff G. Coyner
Nathanael P. Cade
Attorneys for Plaintiff
Ann Meine, Individually, and as
Trustee for the Julie A. Meine
Revocable Trust Established
January 22, 2001

**ROPERS MAJESKI PC**

Dated: May 10, 2023

By: _____/s/_____
Norman Lau , Esq.
Attorneys for Defendant
Safeco Insurance Company of America