1  BLAKE J. RUSSUM (SBN 258031)
   NORMAN LAU (SBN 253690)
2  ROPERS MAJESKI PC
   445 S. Figueroa St, Ste, 3000
3  Los Angeles, CA  90071
   Telephone:  213.312.2000
4  Facsimile:  213.312.2001
   Email:  blake.russum@ropers.com
5          norman.lau@ropers.com

6  Attorneys for Defendant
   SAFECO INSURANCE COMPANY OF
7  AMERICA

9  STEPHEN M. SANDERS (SBN 242039)
   JEFF G. COYNER (SBN 233499)
10 NATHANAEL P. CADE (SBN 330391)
   SANDERS COYNER CADE, PC
11 2829 Townsgate Rd., Ste, 100
   Westlake Village, CA  91361
12 Telephone:  213.302.4801
   Email:  stephen@sanderscoynercade.com
13         jeff@sanderscoynercade.com
           nate@sanderscoynercade.com

15 Attorneys for Plaintiff
   ANN MEINE, Individually, and as TRUSTEE
16 OF THE JULIE A. MEINE REVOCABLE
   TRUST ESTABLISHED JANUARY 22, 2001

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN MEINE, Individually, and as TRUSTEE OF THE JULIE A. MEINE REVOCABLE TRUST ESTABLISHED JANUARY 22, 2001, <br><br>         Plaintiff, <br><br>     v. <br><br> SAFECO INSURANCE COMPANY OF AMERICA, et al., <br><br>         Defendants. | Case No. 2:21-CV-08504-MWF-AS <br><br> **JOINT STATUS REPORT** |

Counsel for Ann Meine, individually, and as Trustee of the Julie A. Meine Recoverable Trust Established January 22, 2001 ("Plaintiff") and Defendant Safeco Insurance Company of America ("Defendant" or "Safeco") have met and conferred regarding the status of this litigation and submit the following report as required by the Court's Order of January 10, 2022:

1. The matter remains stayed as of January 10, 2022.

2. Trial in the underlying state court action is currently not on calendar.

3. The Trial Setting Conference in the underlying state court action is scheduled on February 5, 2024;

4. Counsel proposed that, pursuant to this Court's order dated January 10, 2022, the Court set January 9, 2024, as the date for the filing of the next Joint Status Report.

Dated: October 11, 2023              ROPERS MAJESKI PC

By: */s/ Norman Lau*
    BLAKE J. RUSSUM
    NORMAN LAU
    Attorneys for Defendant
    SAFECO INSURANCE
    COMPANY OF AMERICA

Dated: October 11, 2023              SANDERS COYNER CADE, PC

By: */s/ Jeff G. Coyner*
    STEPHEN M. SANDERS
    JEFF G. COYNER
    NATHANAEL P. CADE
    Attorneys for Plaintiff
    ANN MEINE, Individually, and as
    TRUSTEE OF THE JULIE A.
    MEINE REVOCABLE TRUST
    ESTABLISHED JANUARY 22,
    2001