UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

JS-6

Case No.   **CV 21-8504-MWF(ASx)**                                           Date:  October 12, 2023

Title       **Ann Meine v. Safeco Insurance Company of America, et al.**

Present: The Honorable:    **MICHAEL W. FITZGERALD, United States District Judge**

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) MODIFICATION TO ORDER [19] RE JOINT STATUS REPORTS; ORDER TO ADMINISTRATIVELY CLOSE ACTION**

On January 10, 2022, pursuant to the parties' Stipulation to Stay Case, the Court ordered this matter stayed. The parties were further ordered to file a Joint Status Report every 90 days. (Order (Docket No. 19)).

The most recent Status Report was filed late, on October 11, 2023. (Docket No. 28). The Court **MODIFIES** its prior Order as follows: the parties shall file Joint Status Reports every **120 days, or within ten days of resolution of the underlying state court action**, whichever occurs first. The next report is due no later than **February 8, 2024**.

The Court FURTHER ORDERS the Clerk to administratively close this action and remove it from the Court's active docket.

IT IS SO ORDERED.