Stephen M. Sanders, SBN 242039
stephen@sanderscoynercade.com
Jeff G. Coyner SBN 233499
jeff@sanderscoynercade.com
Nathanael P. Cade, SBN 330391
nate@sanderscoynercade.com
**Sanders Coyner Cade, PC**
2829 Townsgate Rd., Suite 100
Westlake Village, CA 91361
Off: 213-302-4801
Authorized for E-Service: firm@sanderscoynercade.com

Attorneys for Plaintiff Ann Meine, Individually, and as Trustee for the Julie A. Meine Revocable Trust Established January 22, 2001

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN MEINE,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SAFECO INSURANCE COMPANY OF AMERICA, et al.,<br><br>　　　　Defendants. | Case No.: 2:21-CV-08504-MWF-AS<br><br>**[proposed] ORDER ON MOTION TO WITHDRAW BY SANDERS COYNER CADE PC AS TO THE REPRESENTATION OF ANN MEINE AND INCORPORATED MEMORANDUM OF LAW IN SUPPORT THEROF** |

## [proposed] ORDER

The Court having considered the motion to withdraw by SANDERS COYNER CADE, PC as counsel for Plaintiff in this matter, and for good cause appearing the Court hereby orders as follow:

1. The motion is GRANTED.
2. The attorneys of SANDERS COYNER CADE, PC are relieved as counsel for Plaintiff in this matter.
3. SANDERS COYNER CADE, PC to give notice of this order.

1

**IT IS SO ORDERED.**

_____
**HON. UNITED STATES DISTRICT JUDGE**