| | |
|---|---|
| 1 | BLAKE J. RUSSUM (SBN 258031) |
| 2 | NORMAN LAU (SBN 253690)<br>ROPERS MAJESKI PC |
| 3 | 445 S. Figueroa St, Ste, 3000<br>Los Angeles, CA  90071 |
| 4 | Telephone:  213.312.2000<br>Facsimile:  213.312.2001 |
| 5 | Email:      blake.russum@ropers.com<br>            norman.lau@ropers.com |
| 6 | Attorneys for Defendant |
| 7 | SAFECO INSURANCE COMPANY OF AMERICA |

STEPHEN M. SANDERS (SBN 242039)
JEFF G. COYNER (SBN 233499)
NATHANAEL P. CADE (SBN 330391)
SANDERS COYNER CADE, PC
2829 Townsgate Rd., Ste, 100
Westlake Village, CA  91361
Telephone:  213.302.4801
Email:      stephen@sanderscoynercade.com
            jeff@sanderscoynercade.com
            nate@sanderscoynercade.com

Attorneys for Plaintiff
ANN MEINE, Individually, and as TRUSTEE OF THE JULIE A. MEINE REVOCABLE TRUST ESTABLISHED JANUARY 22, 2001

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN MEINE, Individually, and as TRUSTEE OF THE JULIE A. MEINE REVOCABLE TRUST ESTABLISHED JANUARY 22, 2001,<br><br>       Plaintiff,<br><br>  v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA, et al.,<br><br>       Defendants. | Case No. 2:21-CV-08504-MWF-AS<br><br>**JOINT STATUS REPORT** |

Counsel for Ann Meine, individually, and as Trustee of the Julie A. Meine Recoverable Trust Established January 22, 2001 ("Plaintiff") and Defendant Safeco Insurance Company of America ("Defendant" or "Safeco") have met and conferred regarding the status of this litigation and submit the following report as required by the Court's Order of October 12, 2023 (ECF-29):

1. The matter remains stayed as of January 10, 2022.

2. Trial in the underlying state court action is currently not on calendar.

3. A Trial Setting in the underlying state court action is scheduled on June 13, 2024;

4. Counsel proposes that, pursuant to this Court's order dated October 12, 2023, the Court set October 7, 2024, as the date for the filing of the next status report.

Dated: June 10, 2024    ROPERS MAJESKI PC

By: /s/ Norman Lau
BLAKE J. RUSSUM
NORMAN LAU
Attorneys for Defendant
SAFECO INSURANCE
COMPANY OF AMERICA

Dated: June 10, 2024    SANDERS COYNER CADE, PC

By: /s/ Nathaniel P. Cade
STEPHEN M. SANDERS
JEFF G. COYNER
NATHANAEL P. CADE
Attorneys for Plaintiff
ANN MEINE, Individually, and as
TRUSTEE OF THE JULIE A.
MEINE REVOCABLE TRUST
ESTABLISHED JANUARY 22,
2001