1  BLAKE J. RUSSUM (SBN 258031)
   NORMAN LAU (SBN 253690)
2  ROPERS MAJESKI PC
   445 S. Figueroa St, Ste, 3000
3  Los Angeles, CA  90071
   Telephone:  213.312.2000
4  Facsimile:  213.312.2001
   Email:      blake.russum@ropers.com
5              norman.lau@ropers.com

6  Attorneys for Defendant
   SAFECO INSURANCE COMPANY OF
7  AMERICA

8

9  STEPHEN M. SANDERS (SBN 242039)
   JEFF G. COYNER (SBN 233499)
10 NATHANAEL P. CADE (SBN 330391)
   SANDERS COYNER CADE, PC
11 2829 Townsgate Rd., Ste, 100
   Westlake Village, CA  91361
12 Telephone:  213.302.4801
   Email:      stephen@sanderscoynercade.com
13             jeff@sanderscoynercade.com
               nate@sanderscoynercade.com
14

15 Attorneys for Plaintiff
   ANN MEINE, Individually, and as TRUSTEE
16 OF THE JULIE A. MEINE REVOCABLE
   TRUST ESTABLISHED JANUARY 22, 2001
17

18                UNITED STATES DISTRICT COURT

19                CENTRAL DISTRICT OF CALIFORNIA

20

21 ANN MEINE, Individually, and as        Case No. 2:21-CV-08504-MWF-AS
   TRUSTEE OF THE JULIE A. MEINE
22 REVOCABLE TRUST ESTABLISHED
   JANUARY 22, 2001,
23                                        **JOINT STATUS REPORT**
                  Plaintiff,
24
        v.
25
   SAFECO INSURANCE COMPANY
26 OF AMERICA, et al.,

27               Defendants.

28

4876-4907-3388.1

JOINT STATUS REPORT

Counsel for Ann Meine, individually, and as Trustee of the Julie A. Meine Recoverable Trust Established January 22, 2001 ("Plaintiff") and Defendant Safeco Insurance Company of America ("Defendant" or "Safeco") have met and conferred regarding the status of this litigation and submit the following report as required by the Court's Order of October 12, 2023 (ECF-29):

1. The matter remains stayed as of January 10, 2022.

2. Trial in the underlying state court action is currently not on calendar.

3. A Trial Setting Conference in the underlying state court action is scheduled on October 16, 2024;

4. Counsel proposes that, pursuant to this Court's order dated October 12, 2023, the Court set February 10, 2025, as the date for the filing of the next status report.

Dated: October 7, 2024     ROPERS MAJESKI PC

By: */s/ Norman Lau*
BLAKE J. RUSSUM
NORMAN LAU
Attorneys for Defendant
SAFECO INSURANCE
COMPANY OF AMERICA

Dated: October 7, 2024     SANDERS COYNER CADE, PC

By: */s/ Nathaniel P. Cade*
STEPHEN M. SANDERS
JEFF G. COYNER
NATHANAEL P. CADE
Attorneys for Plaintiff
ANN MEINE, Individually, and as
TRUSTEE OF THE JULIE A.
MEINE REVOCABLE TRUST
ESTABLISHED JANUARY 22, 2001